RECEIVED
IN MONROE, LA
JAN 2 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALCERO THIMOTEE | CIV. ACTION NO. 06-1200 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, as well as the Government's Objection [Doc. No. 15],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITH PREJUDICE as MOOT because Petitioner has been removed.

MONROE, LOUISIANA, this __23__ day of __January__, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE